STATE v. BLOUNT

No. 284P99

Case below: 133 N.C.App. 445

Motion by defendant for temporary stay denied 24 June 1999.

STATE v. BOOTHE

No. 214P99

Case below: 132 N.C.App. 823

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999.

STATE v. BRAGG

No. 66P99

Case below: 128 N.C.App. 748

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 24 June 1999.

STATE v. BYRD

No. 110P99

Case below: 132 N.C.App. 220

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999.

STATE v. FUNDERBURKE

No. 137P99

Case below: 132 N.C.App. 397

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999.